UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Muhammad Hanif,

                    Debtor. /

Margaret Chudzinski,

                    Plaintiff,

vs.

Muhammad Hanif,

                    Defendant. /

Case No. 13-61977-MBM
Chapter 7
Hon. Marci B. McIvor

Adv. Pro. No. 14-4246

# ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in an Opinion issued with this Order;

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is entitled to a non-dischargeable judgment against Defendant, Muhammad Hanif, in the amount of $212,891.00, pursuant to 11 U.S.C. §§523(a)(2) and (a)(6).

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment, is DENIED.

Signed on April 30, 2015

                                        /s/ Marci B. McIvor
                                        Marci B. McIvor
                                        United States Bankruptcy Judge